UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RENEE NADIA CARTER** *Plaintiff* | : : : : : : : : : | CASE NO. 3:23-CV-00684-SVN |
| V. | | |
| **METLIFE GROUP, INC.** *Defendant* | | JANUARY 12, 2024 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule to Civil Procedure 41(a)(1)(A)(ii), the parties, hereby stipulate that this case be dismissed with prejudice and without costs to any party.

PLAINTIFF,
RENEE NADIA CARTER

BY:   */s/ Rebecca M. Harris*
Rebecca M. Harris (CT26669)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone:  860-296-3457
Fax:  860-296-0676
Email:  rharris@cicchielloesq.com

DEFENDANT,
METLIFE GROUP, INC.

By:   */s/ Martin Harris*
Martin Harris, Esq. (*Pro Hac Vice*)
Harris & Affiliates, Ltd.
505 North Lack Shore Dr. #1405
Chicago, IL 60611
Tel. 312-644-1800
marty@mharrislaw.com

Marylou Fabbor (ct13332)
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfiled, MA 01144
Tel. 413-737-4753
Fax: 413-787-1941
mfabbo@skoler-abbott.com

## **CERTIFICATION**

      I hereby certify that on January 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      By:   */s/ Rebecca M. Harris*
              Rebecca M. Harris, Esq. (CT26669)